[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Siltstone Servs., L.L.C. v. Guernsey Cty. Community Dev. Corp.*, Slip Opinion No. 2022-Ohio-4659.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2022-OHIO-4659

SILTSTONE SERVICES, L.L.C., APPELLEE, *v.* GUERNSEY COUNTY COMMUNITY DEVELOPMENT CORPORATION ET AL., APPELLANTS; ET AL., APPELLEES.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Siltstone Servs., L.L.C. v. Guernsey Cty. Community Dev. Corp.*, Slip Opinion No. 2022-Ohio-4659.]

*Court of appeals' judgment affirmed on the authority of* Siltstone Resources, L.L.C. v. Ohio Pub. Works Comm. *and* Ohio Pub. Works Comm. v. Barnesville.

(No. 2020-1093—Submitted December 23, 2022—Decided December 27, 2022.)

APPEAL from the Court of Appeals for Guernsey County, No. 19CA000047, 2020-Ohio-3877.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Siltstone Resources, L.L.C. v. Ohio Pub. Works Comm.*, ___ Ohio St.3d ___, 2022-Ohio-483, ___ N.E.3d ___, and *Ohio Pub. Works Comm. v. Barnesville*, ___ Ohio St.3d ___, 2022-Ohio-4603, ___ N.E.3d ___. Appellant Guernsey County

Community Development Corporation's proposition of law No. III is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and FISCHER, DONNELLY, STEWART, and BRUNNER, JJ., concur.

KENNEDY, J., dissents and for the reasons set forth in her dissenting opinion in *Barnesville*, would reverse the court of appeals' judgment and would reinstate the trial court's judgment.

DEWINE, J., dissents and would reverse the court of appeals' judgment and would reinstate the trial court's judgment.

—————————

Dave Yost, Attorney General, Benjamin M. Flowers, Solicitor General, Samuel C. Peterson, Deputy Solicitor General, and Rachel Huston and Caroline Mills, Assistant Attorneys General, for appellee Ohio Public Works Commission.

Kohrman, Jackson & Krantz, L.L.P., and Maribeth Meluch; and Hanlon, McCormick, Schramm, Bickford & Schramm Co., L.P.A., Erik A. Schramm, and Kyle W. Bickford, for appellant Guernsey County Community Development Corporation.

Pelini, Campbell & Williams, L.L.C., Craig G. Pelini, and Paul B. Ricard, for appellants Synergy Land Company, L.L.C., and Whispering Pines Land Company, L.L.C.

Bricker & Eckler, L.L.P., Matthew W. Warnock, Christine Rideout Schirra, Kara H. Herrnstein, and Aaron M. Bruggeman, for appellant Gulfport Energy Corporation.

—————————